TO: Judge Andrew J Peck

(07 Cv. 4688 (LTS)(AJP))

[Stamp: RECEIVED FEB 14 2008 CHAMBERS ANDREW J PECK]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 2/14/08]

Dear Sir I am writing to you in regards to my motion I sent to the courts concerning a new D.N.A test. The courts have totally ignored my motion and I anticipated that from the court. The bottom line is the court doesn't want me to have another test done. Sir I can prove I didn't do any of the henious stuff, I just need a new test done. I dont have the power to force them to do the test and the courts know that. So unless I get someone like yourself to force the issue Im dead in the water. I cant do this alone Sir, I need your help please. Sir even if I get another test done and prove my innocence the lower courts will not accept it, that Im sure of sir. So if you have any idea sir what I can do now please let me know. Im trying to stay within the guidelines so that the lower court's dont cry foul. So I appreciate everything you done for me sir, I couldn't of gotten this far without your help sir. Thank you very much sir for your time and patience with this case.

Sincerely,
Elbert Mitchell

**MEMO ENDORSED** 2/14/08

The Court cannot give you legal advice. But you cannot bring a habeas claim in federal court until you have exhausted it in state court. You might want to write to the Innocence Project at Cardozo Law School to see if they are interested in assisting you.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

copies: All Parties Counsel
Judge Swain

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:  (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  **February 14, 2008**                    Total Number of Pages:  2

| TO | FAX NUMBER |
|---|---|
| Susan Gliner, Esq.<br>Nicole Beder, Esq. | 212-335-9288 |
|  |  |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/14/08**

The Court cannot give you legal advice. But you cannot bring a habeas claim in federal court until you have exhausted it in state court. You might write to the Innocence Project at Cardozo Law School to see if they are interested in assisting you.

Copies to:   Elbert Mitchell (Mail)
            Judge Laura Taylor Swain