

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2/28/08

Dear Sir enclosed is a copy of my D.N.A result from the Division of Criminal Justice Service and it does not match what the D.A says is my D.N.A. I've checked it with all the D.N.A paperwork and the numbers don't match sir. I can't have two or three different results. These test are recent so can you help me sir. Or do you recommend I send this to the Innocence Project, if so please send these documents back to me.

Sincerely,
Elbert Mitchell

**MEMO ENDORSED** 2/28/08

These results show nothing [illegible]. [illegible handwritten endorsement by Judge]

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

**BY FAX**



**STATE OF NEW YORK
DIVISION OF CRIMINAL JUSTICE SERVICES**
Four Tower Place
Albany, New York 12203-3764
http://criminaljustice.state.ny.us

DENISE E. O'DONNELL
COMMISSIONER

GINA L. BIANCHI
DEPUTY COMMISSIONER
AND COUNSEL

February 14, 2008

Mr. Elbert Mitchell (#89-A-0453)
Southport Correctional Facility
P.O. Box 2000
Pine City, New York 14871-2000

Dear Mr. Mitchell:

This is in response to your letters in which you requested a copy of your DNA Databank Submission Form and a copy of the results of your DNA testing.

Enclosed please find a copy of your DNA Databank Submission Form and the results of your DNA testing.

Very truly yours,

Gina L. Bianchi

Encls.

RECEIVED
FEB 14 2008
OFFICE OF FORENSIC SERVICES





RECEIVED
FEB 13 2008
Office of Deputy Commissioner and Counsel

**NEW YORK STATE POLICE
FORENSIC INVESTIGATION CENTER**
Building 30
1220 Washington Avenue
Albany, New York 12226-3000
(518) 457-1208

February 11, 2008

Ms. Gina L. Bianchi
Division of Criminal Justice Services
Office of Forensic Services
4 Tower Place
Albany, New York 12203-3702

Dear Ms. Bianchi:

The New York State DNA Databank developed the following DNA profile:

**Specimen ID #10027896**

| Locus   | D3S1358 | VWA   | FGA   | D8S1179 | D21S11 | D18S51 | D5S818 |
|---------|---------|-------|-------|---------|--------|--------|--------|
| Alleles | 14, 16  | 15, 16| 21, 24| 13, 15  | 28, 29 | 15, 18 | 12, 13 |

| Locus   | D13S317 | D7S820 | D16S539 | TH01 | TPOX | CSF1PO | Amelogenin |
|---------|---------|--------|---------|------|------|--------|------------|
| Alleles | 11, 13  | 10, 12 | 12      | 7    | 9, 10| 10, 13 | X, Y       |

Attached please find a copy of the DNA Databank Specimen Submission Form.

Supervisor of Forensic Services
Forensic Investigation Center

PW:paw
cc:file

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:   February 28, 2008                         Total Number of Pages:   4

| TO | FAX NUMBER |
|---|---|
| Susan Gliner, Esq.<br>Nicole Beder, Esq. | 212-335-9288 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 2/28/08**

These results alone mean nothing to me. And as I have previously advised you, you cannot bring a habeas claim in federal court on an issue that you did not first raise in state court. You should bring a claim, pro se if necessary, in state court. And perhaps the Innocence Project will help you.

Copies to:   Elbert Mitchell (Mail)
             Judge Laura Taylor Swain